UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, D.C. 20549,<br><br>              Plaintiff,<br><br>   v.<br><br>ALI HOZHABRI,<br><br>             Defendant. | **FILED**<br>AUG 2 8 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>08 1359 |

## FINAL JUDGMENT AS TO DEFENDANT ALI HOZHABRI

The Securities and Exchange Commission having filed a Complaint and Defendant Ali Hozhabri ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 13(b)(5) of the Securities Exchange Act of 1934 ("Exchange Act") and Exchange Act

Rule 13b2-1 thereunder [15 U.S.C. §§ 78dd-1 and 78m(b)(5) and 17 C.F.R. § 240.13b2-1] by:

    (i)    knowingly circumventing or knowingly failing to implement a system of internal accounting controls or knowingly falsifying any book, record, or account described in Section 13(b)(2) of the Exchange Act; or

    (ii)    directly or indirectly falsifying or causing to be falsified, any book, record or account subject to Section 13(b)(2)(a) of the Exchange Act.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from aiding and abetting any violation of Section 13(b)(2)(A) of the Exchange Act [15 U.S.C. § 78m(b)(2)(A)] by knowingly providing substantial assistance to any issuer which has a class of securities registered pursuant to Exchange Act Section 12 [15 U.S.C. § 78] or which is required to file reports under Exchange Act Section 15(d) [15 U.S.C. § 78dd] that fails to make and keep books, records, and accounts, which, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the issuer.

## III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $234,357, representing profits gained as a result of the conduct alleged in the Complaint. This disgorgement obligation shall be deemed satisfied by Defendant's payment of restitution or forfeiture totaling $234,357 in the

pending criminal case before the United States District Court for the Southern District of Texas, Houston Division, *United States v. Hozhabri*, Criminal Docket No. H-07-452(s) (SDTx). If Defendant does not pay restitution or forfeiture totaling $234,357 within 30 days of sentencing in the pending criminal case, then Defendant's disgorgement obligation of $234,357, minus any payments made in the pending criminal case, shall become due and payable immediately without further application to the Court. Payment of this disgorgement obligation shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mailstop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Ali Hozhabri as the defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. A copy of this letter and payment shall also be delivered to or mailed to Tonia J. Tornatore, Securities and Exchange Commission, 100 F St., NE, Mailstop 6041, Washington, DC 20549-6041. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: August 28, 2008

                                                    /s/ Ricardo M. Urbina
                                                  UNITED STATES DISTRICT JUDGE